Lena May Clark, appellee, v. John Clark, appellant. Gen. No. 7,779.

Bill for divorce. Decree for complainant. Appeal from the Circuit Court of Stark county; the Hon. Frank E. Shopen, Judge, presiding.

Heard in this court at the April term, 1927. Reversed and remanded with directions. Opinion filed September 29, 1927.

John W. Fling, Jr., for appellant. Brian & McManus, for appellee.

Mr. Justice Boggs delivered the opinion of the court.